

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 5, 1939

Hon. Murphy Cole, County Auditor
Liberty County
Liberty, Texas

Dear Sir:

Opinion No. O-567
Re: Disposition of excess money paid by purchaser of land sold for taxes.

Your request for an opinion on the following question:

"What disposition should be made of excess money paid by the purchaser of land sold for taxes?"

has been received by this office.

Article 7328 of Vernon's Annotated Civil Statutes provide in part:

"The proper persons, including all record lien holders, shall be made parties defendant in such suit, and shall be served with process and other proceedings had therein as provided by law in ordinary foreclosure suits in the district courts of this state; and in case of foreclosure an order of sale shall issue and the land sold thereunder as in other cases of foreclosure; * * * * and after the payment of the taxes, interest, penalty and costs adjudged against it, the remainder of the purchase price, if any, shall be paid by the sheriff to the clerk of the court out of which said execution or other final process issued to be retained by him subject to the order of the court for a period of two years, unless otherwise ordered by the court, after which time the court may

> order the same to be paid to the State Treasurer, who shall hold same in trust to be paid to the owner against whom said taxes were assessed; provided, any one claiming the same shall make proof of his claim to the satisfaction of the State Treasurer within three years after the sale of said land or lots, after which the same shall be governed by the law regulating escheat. * * * * "

In view of the wording of this statute, it is our opinion that the remainder of the purchase price, if any, after the judgment is paid in full, shall be paid by the sheriff to the clerk of the court, out of which said execution or other final process issued to be retained by him, subject to the order of the court for a period of two years, unless otherwise ordered by the court, after which time the court may order the same to be paid to the owner against whom said taxes were assessed; then, after the expiration of two years any one claiming this balance shall make proof of his claim to the satisfaction of the State Treasurer within three years after the sale of the land and if no satisfactory claim is made to the State Treasurer within three years, this money shall escheat to the State of Texas.

Trusting this is the information which you desire, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Fred C. Chandler
Fred C. Chandler
Assistant

FCC:ob

APPROVED:
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS